# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE WORTMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM SERVICES LLC; AMAZON.COM; HENKEL CORPORATION, a subsidiary of HENKEL AG & CO. KGaA; DOE SELLER; DOE DISTRIBUTOR; and DOES 1 to 1000 inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-06022-GW-AGR<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>FAC Filed: August 12, 2024 |

Having considered Plaintiff's and Defendants' Stipulation for Protective Order; good cause exists for the requested protective order which is hereby GRANTED.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: October 15, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Alicia G. Rosenberg
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge