JS-6

Stefano G. Formica, Esq (SBN 241958)
sformica@formicalawgroup.com
John H. Kalpakchian, Esq. (SBN 346371)
jkalpakchian@formicalawgroup.com
**FORMICA LAW GROUP**
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA  90036
Tel: (323) 272-3334
Fax: (323) 272-3926
Attorneys for Plaintiff,
GABRIELLE WORTMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE WORTMAN, an individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>AMAZON.COM SERVICES LLC; AMAZON.COM; HENKEL CORPORATION, a subsidiary of HENKEL AG & CO. KGaA; DOE SELLER; DOE DISTRIBUTOR; and DOES 1 to 100, inclusive,<br><br>       Defendants. | Case No.: 2:24−cv−06022−GW−AGR<br>[Assigned to District Judge, the Hon. George H. Wu, Courtroom 9D]<br><br>**ORDER OF DISMISSAL**<br><br><u>Status Conference:</u><br>Date:     February 23, 2026<br>Time:    8:30 a.m.<br>Crtrm.:   9D<br><br>Complaint Filed: May 24, 2024<br>Trial Date: None |

1
ORDER OF DISMISSAL

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under <u>Federal Rule of Civil Procedure 41(a)(1)(A)(ii)</u>, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  February 4, 2026

HON. GEORGE H. WU,
United Stated District Judge